UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN THE MATTER OF:
GLENN M. TILLMAN II
118 SNOW GOOSE LANE
NEWPORT, NC 28570

CHAPTER 13
CASE NO.: 15-01033-5-DMW

SSN:   xxx-xx-7060
            DEBTOR

## OBJECTION TO CLAIM AND NOTICE THEREOF

The undersigned Attorney objects to the following claim on the basis set forth and hereby gives notice to creditor of such objection:

NAME AND ADDRESS OF
CREDITOR/CLAIMANT

Claim #7
Wanda Hughes
4675 Ben Dail Road
La Grange, NC 28551

AMOUNT OF
CLAIM

$21,319.65

BASIS OF OBJECTION
AND RELIEF REQUESTED

The debtor disputes the above listed claim in its entirety as it is a duplicate of claim #6 that was filed by Charles Hughes.

NOTICE IS HEREBY GIVEN to the creditor/claimant named above that if no response to the above objection is filed with the CLERK, U.S. BANKRUPTCY COURT - EDNC, P O BOX 791, RALEIGH, NORTH CAROLINA 27602, within THIRTY (30) DAYS of the date of this objection and notice, the relief requested by the Attorney herein may be granted without hearing or further notice. Any party desiring a hearing must request a hearing in writing with the above Clerk within the time herein set forth; otherwise no hearing will be conducted unless the Court, in its discretion, directs that a hearing be set. If a hearing is requested, such hearing will be conducted at a date, time and place to be later fixed by the Court and the parties requesting

such a hearing will be notified accordingly. Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against him.

DATE OF OBJECTION AND NOTICE: 7/1/15

J. Allen Murphy
N. C. State Bar No. 13053
GILLESPIE & MURPHY, P.A.
P.O. Drawer 888
New Bern, NC  28563
(252) 636-2225 phone
(252) 636-0625 facsimile
gmpa@lawyersforchrist.com

NORTH CAROLINA

_____ COUNTY

AFFIDAVIT

I, **Glenn Tillman, II**, being first duly sworn, do hereby deposes and says as follows:

1. That I filed a Chapter 13 Petition in the Eastern District of North Carolina, bearing Case No.: 15-01033-5-DMW.

2. That I have read the Objection to Claim of Wanda Hughes prepared by my attorney, J. Allen Murphy, in my bankruptcy proceeding.

3. That the information contained in said Objection to Claim is true and accurate to the best of my knowledge and belief.

This the 29 day of June, 2015.

_____(SEAL)
Glenn Tillman, II

Subscribed and sworn to me before this 29 day of June, 2015.

_____
Notary Public

My Commission Expires:

April 9, 2016

## CERTIFICATE OF SERVICE

I, J. Allen Murphy, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 1 day of July, 2015, copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification as indicated below:

| | |
|---|---|
| Joseph A. Bledsoe, III<br>Chapter 13 Trustee<br>P O Box 1618<br>New Bern, NC 28563 | By electronic e-mail<br>Chapter13@suddenlinkmail.com |

Glenn Tillman, II
118 Snow Goose Lane
Newport, NC 28570

Wanda Hughes
4675 Ben Dail Road
La Grange, NC 28551

I certify under penalty of perjury that the foregoing is true and correct.

DATED: July 1, 2015.

_____
J. Allen Murphy