# United States Bankruptcy Court
Eastern District of North Carolina New Bern Division

1501033
J ALLEN MURPHY
GILLESPIE & MURPHY PA
P O DRAWER 888
NEW BERN, NC 28563

IN RE
GLENN M TILLMAN, II
118 SNOW GOOSE LN.

NEWPORT, NC 28570

SSN or Tax I.D. XXX-XX-7060

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A        U.S.

## OBJECTION TO CONFIRMATION
## AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

The debtor has failed to provide proof of filing required tax returns.

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED:  July 03, 2015

/S/ Joseph A. Bledsoe, III

Joseph A. Bledsoe, III
Chapter 13 Trustee

| | | | |
|---|---|---|---|
| CASE: 1501033 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 07-02-2015.00473589.BLB008 | | DATED: 07/03/2015 | |

Court     Served Electronically

Trustee     Joseph A. Bledsoe, III     P.O. Box 1618
New Bern, NC 28563

Debtor     GLENN M TILLMAN, II     118 SNOW GOOSE LN.
NEWPORT, NC 28570

799    000002    J ALLEN MURPHY     GILLESPIE & MURPHY PA
P O DRAWER 888     NEW BERN, NC 28563

4 NOTICES

THE ABOVE REFERENCED MOTION WAS MAILED TO EACH OF THE ABOVE ON 07/03/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 07/03/2015 BY /S/EPIQ Systems, Inc.

*CM - Indicates motion served via Certified Mail