**SO ORDERED.**

**SIGNED this 22 day of September, 2015.**

*David M. Warren*
**David M. Warren**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>GLENN M TILLMAN, II<br>118 SNOW GOOSE LANE<br>NEWPORT, NC 28570 | CHAPTER 13<br>CASE NO.: 15-01033-5-DMW |

SS#: xxx-xx-7060
    DEBTOR

## CONSENT ORDER

THIS CAUSE comes before the Court upon the Trustee's Motion to Dismiss, filed by the Chapter 13 Trustee on August 28, 2015.

AND IT APPEARING TO THE COURT that the debtor has been contacted by counsel and is in agreement to the conditions set out below and that the parties have consented, by signature, to resolve this matter:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. That the Trustee's Motion to Dismiss is denied.

2. That the debtor will resume his regular monthly payment of $523.00 plus an additional $266.00 per month for a period of six (6) months beginning October 1, 2015.

3. If the debtor(s) fails to make payments beginning October 1, 2015 within thirty (30) days of the due date from that date of said Order, this case will be dismissed without further notice or hearing.

CONSENTED TO:

_____
Attorney for Debtor(s)  J. Allen Murphy

_____
s/Joseph A. Bledsoe, III
Joseph A. Bledsoe, III, Chapter 13 Trustee

End of Document