UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>GLENN M TILLMAN, II<br>118 SNOW GOOSE LANE<br>NEWPORT, NC 28570 | CHAPTER 13<br>CASE NO.: 15-01033-5-DMW |

SS#: xxx-xx-7060
    DEBTOR

## RESPONSE TO MOTION TO DISMISS

NOW COMES the Debtor, by and through his undersigned counsel, responding to the Trustee's Motion to Dismiss and showing unto the Court as follows:

1. That the debtor admits being delinquent with the Chapter 13 Plan payment.

2. That the debtor proposes to bring the Chapter 13 plan current over a reasonable period of time.

WHEREFORE, the undersigned prays for an Order that the Trustee's Motion to Dismiss be denied and that this matter be set for hearing by the Clerk.

This the __13__ day of __June__, 2016.

J. ALLEN MURPHY
GILLESPIE & MURPHY, P.A.
NC State Bar No. 13053
PO Drawer 888
New Bern, NC 28563
(252) 636-2225 phone
(252) 636-0625 facsimile
gmpa@lawyersforchrist.com

## CERTIFICATE OF SERVICE

I, J. Allen Murphy, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 13 day of June, 2016, copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification:

Joseph A. Bledsoe, III  
Chapter 13 Trustee  
P O Box 1618  
New Bern, NC 28563

By electronic e-mail  
Chapter13@bledsoe13.com

Glenn Tillman, II  
118 Snow Goose Lane  
Newport, NC 28570

I certify under penalty of perjury that the foregoing is true and correct.

DATED: June 13, 2016.

_____  
J. Allen Murphy